AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>Luis CRUZ, a.k.a. "Fat Boy," a.k.a. "Goldo" | )<br>)<br>)<br>)<br>)<br>) |
| _____<br>*Defendant* | |

Case No. 23mj 1025 RMS

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Luis CRUZ, a.k.a. "Fat Boy," a.k.a. "Goldo" (DOB XX-XX-1997) ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Sections 841(a), 841(b)(1)(C), and 846 (Conspiracy to Possess with the Intent to Distribute Controlled Substance/s); Section 843(b) (Use of a Communication Facility to Facilitate a Narcotics Trafficking Felony)

Date:     11/27/2023                                         _____
                                                                                   *Issuing officer's signature*

City and state:     NEW HAVEN, CONNECTICUT                    Honorable Robert M. Spector, USMJ
                                                                                   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/28/23 , and the person was arrested on *(date)* 11/29/23 at *(city and state)* WATERBURY CT . |
| Date: 11/29/23                                         _____<br>                                                                 *Arresting officer's signature*<br><br>                                                                 STEPHEN DIGREGORIO     SPECIAL AGENT<br>                                                                 *Printed name and title* |